IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CENTURY INDEMNITY COMPANY, | : | |
| Petitioner, | : | |
| | : | MISC. |
| v. | : | NO. 09-94 |
| | : | |
| CERTAIN UNDERWRITERS AT | : | |
| LLOYD'S, et al., | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 11th day of January, 2010, upon consideration of Petitioner Century Indemnity Company's Motion to Hold AXA Belgium in Contempt of Court, For a Quantification of Amounts Currently Due Under the Judgment, and To Compel AXA Belgium to Respond to Discovery in Aid of Execution *(Doc. No. 22)*, Respondent AXA Belgium's Cross-Motion to Stay Litigation and for Partial Satisfaction of Judgment *(Doc. No. 35, Ex. 4)*, Century's Cross-Cross-Motion to Enjoin AXA Belgium From Proceeding with Its Motion to Compel Arbitration in the Southern District of New York *(Doc. No. 43)*, and all related filings, it is hereby **ORDERED** as follows:

1. Petitioner Century Indemnity Company's Cross-Cross-Motion to Enjoin *(Doc. No. 43)* is **DENIED;**

2. Petitioner Century Indemnity Company's Motion to Hold AXA Belgium in Contempt of Court, For a Quantification of Amounts Currently Due Under the Judgment, and To Compel AXA Belgium to Respond to Discovery in Aid of Execution *(Doc. No. 22)* is **DENIED.** Century may, in appropriate circumstances,

1

renew its contempt motion with respect to AXA's obligation to adjust its letter of credit;

3. Respondent AXA Belgium's Cross-Motion for Partial Satisfaction of Judgment *(Doc. No. 35, Ex. 4)* is **DENIED without prejudice;** and

4. Respondent AXA Belgium's Cross-Motion to Stay *(Doc. No. 35, Ex. 4)* is **DENIED as moot**.

**IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

_____
**Paul S. Diamond, J.**